IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MANUEL SALVADOR MEZA-HERNANDEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, in his official capacity as | : | |
| Warden of Federal Detention Center, | : | |
| Philadelphia, BRIAN MCSHANE, in his official | : | |
| capacity as Acting Philadelphia Field Office | : | |
| Director, United States Immigration and | : | |
| Customs Enforcement, TODD LYONS, in his | : | |
| official capacity as Acting Director of | : | |
| Immigration and Customs Enforcement, | : | |
| Secretary of the DHS KRISTI NOEM, in her | : | |
| official capacity as Secretary of the | : | |
| Department of Homeland Security, | : | |
| DEPARTMENT OF HOMELAND SECURITY, | : | |
| PAMELA BONDI, Attorney General of the | : | |
| United States | : | NO. 25-7260 |

## ORDER

**NOW**, this 4th day of April, 2026, upon consideration of the parties' Stipulation Extending the Time for the Government to Respond to the Complaint (Doc. No. 7), **IT IS ORDERED** that the stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that:

1.      The government shall respond to the petitioner's Motion for Attorney Fees Under the Equal Access to Justice Act no later than **April 27, 2026.**

TIMOTHY J. SAVAGE, J.